NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: Charles.Parker@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>JOSE L. PARDO JR.,<br><br>Respondent. | No. 2:18-cv-01197 RGK (GJSx)<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons[es]. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of the IRS agent who issued the summons); accord, United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

1     THEREFORE, IT IS ORDERED that Respondent Jose L. Pardo, Jr. ("Respondent") appears before this District Court of the United States for the Central District of California in the Roybal Federal Building located at 255 East Temple Street, Courtroom 850, 8th Floor, Los Angeles, California 90012, on **April 23, 2018**, at 9:00 a.m., before the Honorable R. Gary Klausner, and show cause why the testimony demanded in the subject Internal Revenue Service summons should not be compelled.

    IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

    IT IS FURTHER ORDERED that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order. Within seven (7) days of Respondent's written response, the government may file an optional reply.

//
//

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that all motions and issues raised by the pleadings |
| 2 | will be considered on the return date of this Order.  Only those issues raised by motion |
| 3 | or brought into controversy by the responsive pleadings and supported by sworn |
| 4 | statements will be considered by the Court.  All allegations in the Petition not contested |
| 5 | by such responsive pleadings or by sworn statements will be deemed admitted. |

DATED: February 21, 2018

*[signature: Gary Klausner]*

R. GARY KLAUSNER
United States District Judge

Respectfully presented,

   /s/
CHARLES PARKER
Assistant United States Attorney